**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MICHAEL DAVIS, individually and on behalf
of all others similarly situated,

*Plaintiff,*

v.

PROFESSIONAL PARKING MANAGEMENT
CORPORATION and YSA ARM LLC d/b/a
OXYGEN XL,

*Defendants.*

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446(a), Defendants, Professional Parking Management Corporation ("PPM") and YSA Arm LLC d/b/a Oxygen XL ("Oxygen") (collectively, "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal of the above-captioned case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and, as grounds for removal, state as follows:

1.     On April 26, 2022, Plaintiff commenced this action by filing a complaint against Defendants in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE22006045.

2.     On May 6, 2022 and May 16, 2022, Oxygen and PPM, respectively, were served with the summons and complaint. This Notice of Removal is filed within thirty days of service on each Defendant and, therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of Plaintiff's complaint and all state court process, pleadings, and orders served upon Defendants in the state court action are attached hereto as **Composite Exhibit 1**.

4.      Pursuant to 28 U.S.C. § 1331, this Court has original, federal question jurisdiction over Count Three of Plaintiff's complaint. Count Three is a federal law claim for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(e).

5.      Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims asserted in Counts I and II. Count I is a claim for violation of the Florida Deceptive and Unfair Trade Practices Act. Count II is a claim for violation of the Florida Consumer Collection Practices Act. Counts I and II are predicated upon an identical set of facts as Count III, and, therefore, Plaintiff's state law claims are so related to Plaintiff's federal claim that they form part of the same case or controversy under Article III of the United States Constitution. Specifically, each of Plaintiff's federal and state claims arise out of Plaintiff's receipt of one (valid) parking charge notice issued by PPM in accordance with Broward County Ordinance No-164.2.

6.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, and Defendants are notifying Plaintiff's counsel.

7.      This Notice of Removal has been signed by counsel for Defendants pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants remove the above-captioned action, now pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to this Court, and respectfully request that this Court assume jurisdiction over this matter.

Dated: June 6, 2022

Respectfully submitted,

By: */s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
Fla. Bar No. 99762
**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel.: (786) 924-2900
Email: vel@rochefreedman.com

*Counsel to Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served via email on Counsel for Plaintiff:

Daniel DeSouza
James D' Loughy
**COPYCAT LEGAL PLLC**
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
Tel.: (877) 437-6228
Email: dan@copycatlegal.com
Email: james@copycatlegal.com

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman